618

No. 168. BROWN ET AL. v. MAYER ET AL.; and

No. 169. SAME v. MAGNOLIA PETROLEUM Co. October 10, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Roscoe Cox* for petitioners. No appearance for respondents.

No. 170. INVESTORS SYNDICATE v. WILLCUTS, COLLECTOR OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. A. W. Clapp* and *Henry M. Isaacs* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Francis H. Horan* for respondent.

No. 172. STUMPF v. UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles S. Stumpf, pro se. Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 173. SWENSON, EXECUTOR, v. COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Mark McGee* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Wm. Cutler Thompson* for respondent.